PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.         ) | **Docket Number:  1:03MG02395** |
| ) | |
| **Slade A. THORNTON** ) | |
| ) | |

On August 18, 2004, the above-named was placed on probation for a period of 2 years.  He has complied with the rules and regulations of supervision.  He has suffered no new law violations.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:      December 19, 2005
            Elk Grove, California
            DAS:KMS

Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG

**Re:   Slade A. THORNTON**
    **Docket Number:   1:03MG02395**
    **ORDER TERMINATING PROBATION**
    **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that Slade A. THORNTON be discharged from probation, and that the proceedings in the case be terminated.


IT IS SO ORDERED.

**Dated:   December 21, 2005**              /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE

Rev. 03/2005
PROB35.MRG